**99–1658. In re Original Grand Jury Investigation.**

Lucas App. No. L–98–1146. Reported at 89 Ohio St.3d 544, 733 N.E.2d 1135. On motion for reconsideration. The motion is denied for want of four votes on the following vote:

MOYER, C.J., F.E. SWEENEY and COOK, JJ., vote no.

DOUGLAS, PFEIFER and LUNDBERG STRATTON, JJ., vote yes.

RESNICK, J., not participating.

**99–1780. R&R Serv. v. Petroleum Underground Storage Tank Release Comp. Bd.**

Sandusky App. No. S–99–003. Reported at 89 Ohio St.3d 477, 733 N.E.2d 592. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**00–902. Cincinnati v. Borger.**

Hamilton App. No. C–990465. Reported at 90 Ohio St.3d 1402, 734 N.E.2d 834. On motion for reconsideration. Motion denied.

**00–949. Abner v. A–Best Products Co.**

Butler App. No. CA98–08–174. Reported at 90 Ohio St.3d 1402, 734 N.E.2d 834. On motion for reconsideration. Motion denied.

DOUGLAS, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–963. Posadny v. Erie Islands Resort & Marina.**

Ottawa App. No. OT–99–066. Reported at 90 Ohio St.3d 1403, 734 N.E.2d 834. On motion for reconsideration. Motion denied.

RESNICK, J., not participating.

**00–1016. State v. Jackson.**

Hamilton App. No. C–990371. Reported at 90 Ohio St.3d 1404, 734 N.E.2d 835. On motion for reconsideration. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**00–1036. State v. Stallings.**

Summit App. No. 19620. Reported at 90 Ohio St.3d 1404, 734 N.E.2d 835. On motion for reconsideration. Motion denied.

**00–1077. State ex rel. Henderson v. Clerk of Courts, Franklin Cty. Court of Common Pleas.**

In Mandamus. Reported at 89 Ohio St.3d 1486, 734 N.E.2d 374. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**00–1115. State ex rel. Madonia v. Callahan.**

In Mandamus. Reported at 89 Ohio St.3d 1486, 734 N.E.2d 374. On motion for reconsideration, motion to strike respondent's motions for failure to provide designation of counsel of record, and motion to strike motion for reconsideration and motion for stay of foreclosure. Motions denied.

## MISCELLANEOUS DISMISSALS